IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-121-KDB-DCK

| | |
|---|---|
| TARA FAW, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERBAL INNOVATIONS, L.L.C., )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Edward B. Davis, concerning Lauren A. Riddle, on December 2, 2022. Lauren A. Riddle seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Lauren A. Riddle is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: December 2, 2022

David C. Keesler
United States Magistrate Judge